## JONAS DAWSON'S CASE.

Court of Common Pleas. Kent. December, 1797.

*Clayton's Notebook, 24.*

The Court remanded him to prison on account of the fraud appearing in this transaction against his creditors, but made an order that those creditors who wished to keep him in confinement should maintain his family, 1 Del.Laws 445.